IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALBERT L. HAMPTON,

        Appellant,

 v.                                      Case No.  5D18-770

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed October 5, 2018

Appeal from the Circuit Court
for Seminole County,
Debra S. Nelson, Judge.

James S. Purdy, Public Defender, and
George  D. Burden, Assistant Public
Defender,  Daytona  Beach,  for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee,  Kellie  A.  Nielan,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

In this Anders[1] appeal, we affirm Appellant's sentence of fifteen years for

conspiracy to traffic in cocaine.  However, we remand for entry of a corrected written

---

[1] Anders v. California, 386 U.S. 738 (1967).

sentence that conforms to the trial court's oral pronouncement of forty-one days of jail credit.  Turner v. State, 770 So. 2d 1288 (Fla. 1st DCA 2000).

AFFIRMED AND REMANDED with instructions.

LAMBERT, EDWARDS and GROSSHANS, JJ., concur.